**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RARE BEAUTY, LLC, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 22-cv-00533 |
| RAREBEAUTY COSMETICS LLC, | ) ) ) | |
| Defendant. | ) ) ) ) | |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Rare Beauty, LLC states that it is a limited liability corporation organized under the laws of the state of Delaware and has no parent corporation, and that no publicly held company owns 10% or more of its stock.

Dated:  January 29, 2022                                         Respectfully submitted,


By:   /s/ Monica Gutierrez

Monica Gutierrez (No. 06326992)
Perkins Coie LLP
110 N. Wacker Drive
Suite No. 3400
Chicago, Illinois 60606-1511
Tel:  (312) 324-8698
Fax:  (312) 324-9400
Email:  mgutierrez@perkinscoie.com

William C. Rava (to be admitted *pro hac vice*)
Patchen M. Haggerty (to be admitted *pro hac vice*)
Perkins Coie LLP
1201 Third Avenue
Suite No. 4800
Seattle, Washington 98101-3099
Tel:  (206) 359-8000
Fax:  (206) 359-9000
Email:  wrava@perkinscoie.com
Email:  phaggerty@perkinscoie.com

Colleen M. Ganin (to be admitted *pro hac vice*)
700 Thirteenth Street, N.W.
Suite 800
Washington, DC 20005-3960
Tel: (202) 654-6237
Fax: (202) 624-9598
Email: cganin@perkinscoie.com

**ATTORNEYS FOR PLAINTIFF
RARE BEAUTY, LLC**