# EXHIBIT 2

File Number          0660981-3



## To all to whom these Presents Shall Come, Greeting:

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR RAREBEAUTY COSMETICS LLC.



*In Testimony Whereof,* I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this   6TH   day of   MAY   A.D.   2022   .

Authentication #: 2212603261 verifiable until 05/06/2023.
Authenticate at: https://www.ilsos.gov

*Jesse White*
SECRETARY OF STATE

| | | | |
|---|---|---|---|
| Form **LLC-35.40/ 45.65** May 2012 | Illinois Limited Liability Company Act **Application for Reinstatement Following Administrative Dissolution or Revocation** | FILE # 06609813 | |
| **Secretary of State** Department of Business Services Limited Liability Division 501 S. Second St., Rm. 351 Springfield, IL 62756 217-524-8008 www.cyberdriveillinois.com | | **Filed Electronically** August 03, 2020 **Jesse White Secretary of State** | |
| | Filing Fee: 200.00  Approved: HLH | | |

1. Limited Liability Company Name:

   RAREBEAUTY COSMETICS LLC

2. State of Organization: IL

3. Date Notice of Dissolution or Revocation issued: 11/8/2019

4. Registered Agent: KESHEENA D. HEARD

   750 S. HOMAN AVE., #3E

   CHICAGO, IL  60624

I affirm under penalties of perjury, having authority to sign hereto, that this application for reinstatement is to the best of my knowledge and belief, true, correct and complete.

Dated: August 03 , 2020
       Month/Day      Year

HEARD, KESHEENA
Signature

MANAGER
Name and Title (type or print)

_____
If applicant is a company or other entity, state Name of Company

This document was generated electronically at www.cyberdrive.illinois.com.  Based on verstion May 2012 — 1 — LLC 8.9

File Number 0660981-3



## To all to whom these Presents Shall Come, Greeting:

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR RAREBEAUTY COSMETICS LLC.



*In Testimony Whereof,* I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this 6TH day of MAY A.D. 2022.

Authentication #: 2212603281 verifiable until 05/06/2023.
Authenticate at: https://www.ilsos.gov

*Jesse White*

SECRETARY OF STATE

| Form **LLC-50.1** | Illinois<br>Limited Liability Company Act<br>Annual Report | | FILE # 06609813 |
|---|---|---|---|
| **Secretary of State**<br>Department of Business Services<br>Limited Liability Division<br>501 S. Second St., Rm. 351<br>Springfield, IL 62756<br>217-524-8008<br>www.cyberdriveillinois.com | **Filing Fee:**<br>**Series Fee, if required:**<br>**Penalty:**<br>**Total:**<br>**Approved:** | 75.00<br>0.00<br>100.00<br>175.00<br>HLH | Due prior to: 05/01/2020<br>**Filed Electronically**<br>August 03, 2020<br>**Jesse White**<br>**Secretary of State** |

1. Limited Liability Company Name: RAREBEAUTY COSMETICS LLC

    Registered Agent: KESHEENA D. HEARD
    750 S. HOMAN AVE., #3E
    CHICAGO, IL 60624

2. State or Country of Organization: IL    Date Organized in or Admitted to Illinois: 05/09/2018

3. Address of Principal Place of Business:
    750 S. HOMAN AVE., #3E    CHICAGO, IL 60624

4. Names and addresses of the managers:
    HEARD, KESHEENA
    750 S. HOMAN AVE., #3E    CHICAGO, IL 60624

5. Entity managers affirm their current existence.

6. Changes to the registered agent and/or registered office must be submitted on Form LLC-1.36/1.37.

7. I affirm, under penalties of perjury, having authority to sign thereto, that this Annual Report is to the best of my knowledge and belief, true, correct and complete.

    Dated: August 03, 2020
    Month/Day    Year

HEARD, KESHEENA
Name

MANAGER
Title

If applicant is a company or other entity, state Name of Company

This document was generated electronically at www.cyberdriveillinois.com. Based on version LLC 23.11