# EXHIBIT 7



**RareBeauty Cosmetics**
May 3, 2020

Have you joined the #RareBeautyCommunity?

1 Share

Like    Comment    Share







**RareBeauty Cosmetics**
April 17, 2020

Have you joined the **#RareBeautyCommunity**?

1 Share

Like  Comment  Share

