# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **RARE BEAUTY, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 22-cv-00533 |
| v. | ) | |
| | ) | Judge Sara L. Ellis |
| **RAREBEAUTY COSMETICS LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Rare Beauty, LLC, by and through its undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, submits this Stipulation of Dismissal with Prejudice. All claims against Defendant are hereby dismissed with prejudice, and Plaintiff and Defendant are to each share their own fees and costs.

Dated: March 15, 2023

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| By: */s/ Michael Cirino* <br> Michael Cirino <br> Cirino Patent Law LLC <br> 44 Peachtree Place NW <br> Suite 725 <br> Atlanta, GA  30309 <br> Telephone No:  (678) 738-9000 <br> Email:  mcirino@cirinopatentlaw.com <br><br> Michael J. Lotus <br> The Howard Law Firm LLC <br> 1020 Milwaukee Avenue <br> Suite 260 <br> Deerfield, IL  60015 <br> Telephone No:  (224) 300-7175 <br> Fax No:  (224) 300-7179 <br> Email:  mlotus@howardlawllc.com <br><br> **ATTORNEYS FOR DEFENDANT, RAREBEAUTY COSMETICS LLC** | By:  /s/ *Jeremy L. Buxbaum* <br> Jeremy L. Buxbaum (No. 6296010) <br> Monica Gutierrez (No. 06326992) <br> Perkins Coie LLP <br> 110 North Wacker Drive <br> Suite 3400 <br> Chicago, IL  60606-1511 <br> Telephone No:  (312) 324-8698 <br> Fax No:  (312) 324-9400 <br> Email: jbuxbaum@perkinscoie.com <br>        mgutierrez@perkinscoie.com <br><br> William C. Rava (*pro hac vice*) <br> Patchen M. Haggerty (*pro hac vice*) <br> Perkins Coie LLP <br> 1201 Third Avenue <br> Suite 4800 <br> Seattle, WA  98101-3099 <br> Telephone No:  (206) 359-8000 <br> Fax No:  (206) 359-9000 <br> Email:  wrava@perkinscoie.com <br> Email:  phaggerty@perkinscoie.com <br><br> Colleen M. Ganin (*pro hac vice*) <br> 700 Thirteenth Street, NW <br> Suite 800 <br> Washington, DC  20005-3960 <br> Telephone No:  (202) 654-6237 <br> Fax No:  (202) 624-9598 <br> Email:  cganin@perkinscoie.com <br><br> **ATTORNEYS FOR PLAINTIFF, RARE BEAUTY, LLC** |

## **CERTIFICATE OF SERVICE**

The undersigned counsel of record for Plaintiff, Rare Beauty LLC, hereby certifies that on the date mentioned below, the foregoing was filed electronically through the Court's Electronic Case Filing System. Service of this document is being made upon all counsel of record in this case by the Notice of Electronic filing issued through the Court's Electronic Case Filing system on this date.

Dated: March 15, 2023

                                                 /s/ *Jeremy L. Buxbaum*
                                                 Jeremy L. Buxbaum